1  Rick Bergstrom (State Bar No. 169594)
   rjbergstrom@JonesDay.com
2  Kiira Johal (State Bar No. 319612)
   kjohal@JonesDay.com
3  Nora C. Tillmanns (State Bar No. 307561)
   ntillmanns@jonesday.com
4  JONES DAY
   4655 Executive Drive, Suite 1500
5  San Diego, CA  92121.3134
   Telephone:  +1.858.314.1200
6  Facsimile:   +1.844.345.3178

7  Attorneys for Defendant
   ADP TOTALSOURCE SERVICES, INC.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SAMON, RUDY RAMIREZ and LAURA WEISS in their individual and representative capacities,<br><br>Plaintiffs,<br><br>v.<br><br>ADP TOTALSOURCE SERVICES, INC., a Florida Corporation; DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:18-cv-03944-ODW<br><br>Assigned for all purposes to Honorable Otis D. Wright<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that plaintiffs Sandra Samon, Rudy Ramirez, and Laura Weiss' claims against defendant ADP TotalSource Services, Inc. are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED.**

Dated: _September 17, 2018    _____

Hon. Otis D. Wright, II
United States District Judge